IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| Stephanie Crawford, | * | Case No. 23-15632-NVA |
| Debtor. | * | Chapter 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF CONSENT MOTION FOR**
**APPROVAL OF SETTLEMENT AND COMPROMISE**

  TAKE NOTICE that Maryland Department of Labor ("MDOL") has filed a consent motion in *MDOL v. Stephanie Crawford*, Adv. No. 23-00279 arising out of this case, to have determined nondischargeable overpayment of unemployment benefits. MDOL and Debtor have agreed to entry of judgment for $7,142.32 plus $350 costs and a settlement order that eliminates post-judgment interest while Debtor's Chapter 13 remains pending and provides that Debtor shall commence payments to MDOL of $200/month beginning on the 15th of the first full month after Debtor's Chapter 13 case is no longer pending. Other settlement terms include a) if and so long as Debtor substantially complies with the terms of this settlement post-judgment interest shall be waived and MDOL will not attempt to garnish Debtor's wages; MDOL shall not be precluded from enforcing its rights to intercept Debtor's federal and/or state income tax refunds to apply to the Judgment Amount; and MDOL reserves its rights to disqualify any future claim for unemployment benefits until the amount is repaid or to recoup fraud principal against any new benefit claim. The settlement between MDOL and Debtor does not involve the bankruptcy estate, the Ch. 13 Trustee, or the claims or interests of any other creditors.

  Creditors and other parties in interest with objections to the proposed settlement and compromise must file any such objections within twenty-one (21) days of service of this notice with the U.S. Bankruptcy Court for the District of Maryland, Garmatz Federal Courthouse, 101 W. Lombard Street, Room 8530, Baltimore, MD 21201, with a copy to the undersigned. The settlement may be approved without further notice if no objections are filed. The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed. Objections must contain a complete specification of the factual and legal grounds upon which they are based. Parties in interest with questions may contact the undersigned attorney.

Dated February 13, 2024       /s/ Lindsey J. Parker
                          Lindsey J. Parker, 21776
                          Maryland Department of Labor
                          Legal Services & Collection
                          1100 N. Eutaw Street, Rm. 401
                          Baltimore, MD 21201
                          Telephone: 410-767-2466
                          lindsey.parker@maryland.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 13th day of February, 2024, a copy of the foregoing Notice of Filing of Consent Motion for Settlement and Compromise was served via the Court's CM/ECF electronic notification system on:

| | |
|---|---|
| michael@broumas.com | J. Michael Broumas, Esq. |
| BNCNoticing@ch13balt.com | Brian A. Tucci, Chapter 13 Trustee |
| lwkade21@aacounty.org | Anne Arundel County, Office of Finance |
| backoffice@affirm.com | Affirm, Inc. |
| aleasure@autotrakk.com | Auto Trakk LLC |
| WFNNB.COM | Comenity Bank |
| Bankruptcymail@marylandtaxes.gov | Comptroller of the Treasury |
| ebnnotifications@creditacceptance.com | Credit Acceptance |
| creditonebknotifications@resurgent.com | Credit One Bank |
| electronicbkydocs@nelnet.net | Dept of Education/neln |
| DISCOVER.COM | Discover Financial |
| AMINFOFP.COM | First Premier Bank |
| bankruptcy@glsllc.com | Global Lending Services LLC |
| electronicbkydocs@nelnet.net | Great Lakes |
| IRS.COM | Internal Revenue Service |
| Mercury@ebn.phinsolutions.com | Mercury/FBT |
| MerrickBKNotifications@Resurgent.com | Merrick Bank/CCHoldings |
| bankruptcydpt@mcmcg.com | Midland Funding/Midland Credit Mgmt |
| resurgentbknotifications@resurgent.com | Resurgent Capital Services |
| bankruptcy@sw-credit.com | SWC Group |
| LCIUPSTART | Upstart |

and was mailed first class, postage prepaid to all other creditors and parties in interest listed on the List of All Creditors in this case, including but not limited to:

| | |
|---|---|
| Stephanie Crawford | Anne Arundel County Office of Finance |
| 8277 Kramer Court | PO Box 2700, MS 1103 |
| Glen Burnie, MD 21061 | Annapolis, MD 21404 |

                                          /s/ Lindsey Parker
                                          Lindsey J. Parker, 21776
                                          Maryland Department of Labor
                                          Legal Services & Collection
                                          1100 N. Eutaw Street, Rm. 401
                                          Baltimore, MD 21201
                                          Telephone: 410-767-2466
                                          lindsey.parker@maryland.gov