| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 23-15632<br>District of Maryland<br>Baltimore<br>Wed Jan 24 16:42:05 EST 2024 | Bridgecrest Acceptance Corporation<br>c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Affirm, Inc.<br>650 California St Fl 12<br>San Francisco, CA 94108-2716 |
| Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St, Fl 12<br>San Francisco, CA 94108-2716 | Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)ANNE ARUNDEL COUNTY OFFICE OF LAW<br>ATTN MARGARET V DALL'ACQUA<br>2660 RIVA ROAD<br>4TH FLOOR<br>ANNAPOLIS MD 21401-7180 |
| Auto Trakk LLC<br>Attn: Bankruptcy Department<br>1500 Sycamore Rd., Ste. 200<br>Montoursville, PA 17754-9416 | Bridgecrest Acceptance Company LLC<br>PO Box 29018<br>Phoenix, AZ 85038-9018 | Carvana, LLC / Bridgecrest<br>c/o AIS Portfolio Services LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Chime/Stride Bank<br>Attn: Bankruptcy<br>Po Box 417<br>San Francisco, CA 94104-0417 | Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity/MPRC<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comptroller of Maryland<br>Compliance Division<br>State Office Building<br>301 W. Preston Street, Room 203<br>Baltimore, MD 21201-2383 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | Credit Acceptance<br>Attn: Bankruptcy<br>25505 West 12 Mile Road Ste 3000<br>Southfield, MI 48034-8331 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas, NV 89113-2273 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Dept Of Commerce Fcu<br>1401 Constitution Ave Nw<br>Washington, DC 20230-0002 |
| Dept Of Education/neln<br>Po Box 82561<br>Lincoln, NE 68501-2561 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | (p)GLOBAL LENDING SERVICES LLC<br>1200 BROOKFIELD BLVD STE 300<br>GREENVILLE SC 29607-6583 | Great Lakes<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Maryland Department of Labor<br>Legal Services and Collection<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 |
| Mercury/FBT<br>Attn: Bankruptcy<br>Po Box 84064<br>Columbus, GA 31908-4064 | Merrick Bank/CCHoldings<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |

| | | |
|---|---|---|
| Midland Funding/Midland Credit Mgmt<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | SWC Group<br>4120 International Parkway #100<br>Carrollton, TX 75007-1957 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 |
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | US Department of Education c/o Nelnet<br>121 South 13th Street<br>Lincoln, NE 68508-1904 | Upstart<br>Upstart Operations/ Attn:Bankruptcy<br>Po Box 1503<br>San Carlos, CA 94070-7503 |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Brian A. Tucci<br>Brian A. Tucci, Chapter 13 Trustee<br>P.O. Box 1110<br>Millersville, MD 21108-4110 | J. Michael Broumas<br>J. Michael Broumas<br>Broumas Law Group LLC<br>8370 Court Avenue, Suite 203<br>Ellicott City, MD 21043-4975 |
| Stephanie Crawford<br>8277 Kramer Court<br>Glen Burnie, MD 21061-5104 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Anne Arundel County<br>Office of Finance<br>Attn: Bankruptcy Administrator<br>PO Box 2700, MS 1103<br>Annapolis, MD 21404 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Global Lending Services LLC<br>1200 Brookfield Blvd Ste 300<br>Greenville, South Carolina 29607 |
| (d)Global Lending Services LLC<br>Attn: Bankruptcy<br>Po Box 10437<br>Greenville, SC 29603 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Carvana, LLC/Bridgecrest<br>c/o AIS Portfolio Services LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     1<br>Total                  43 |